IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TYLER JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:23-cv-271-RAH-CWB ) (WO) |
| BLAKE TURMAN, et. al., | ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the Order entered on this date by the undersigned, it is the ORDER and DECREE of the Court that Judgment is entered in favor of the Defendants and against the Plaintiff and this action is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, on this the 28th day of March 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE